**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: <br> Geraldine Perry | : <br> : <br> : <br> : | Chapter 13 <br><br> Bankruptcy Case No.: 19-15603ELF |

**ORDER**

AND NOW, this __27th__ day of __September__, 2019, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and it is

FURTHER ORDERED that Debtor shall file all required documents with the Court on or before __October 10__, 2019.

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**