Certificate Number: 03088-PAE-DE-033529875

Bankruptcy Case Number: 19-15603



03088-PAE-DE-033529875

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 9, 2019</u>, at <u>1:30</u> o'clock <u>PM CDT</u>, <u>Geraldine A Perry</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 9, 2019</u>　　　　By:   <u>/s/Brianna M Glynn</u>

　　　　　　　　　　　　　　　　Name: <u>Brianna M Glynn</u>

　　　　　　　　　　　　　　　　Title: <u>Counselor</u>