IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Geraldine Perry | : | Chapter 13 |
| | : | |
| | : | Case No. 19-15603ELF |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation filed at docket number 27.

Dated: January 13, 2020                  /s/ Brad J. Sadek, Esquire
                                                                     Brad J. Sadek, Esquire
                                                                       Sadek and Cooper
                                                                       1315 Walnut Street, Suite 502
                                                                       Philadelphia, PA 19107
                                                                       215-545-0008