CERTIFICATE OF SERVICE

I hereby certify that on **October 18, 2022** I have served a copy of this Notice of Mortgage Payment Change and all attachments, relating to claim # 1 , in Chapter 13 case# 19-15603 in the Eastern District of Pennsylvania, for debtor(s) Geraldine A Perry , to the following:

By US Mail, postage pre paid:

Debtor(s):

Geraldine A Perry
7319 North Bouvier St
Philadelphia, PA 19126

BY CM/ECF

Debtor's Attorney:

Brad J Sadek

Trustee:

Kenneth E West

/s/ Sarah Sepulveda Rios
Business Banking & Consumer Support Specialist, M&T Bank
475 Crosspoint Parkway
Getzville, NY 14068
800-837-7694