United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Geraldine Perry  
    Debtor

Case No. 19-15603-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Nov 12, 2024      Form ID: 138OBJ      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Geraldine Perry, 7319 N. Bouvier Street, Philadelphia, PA 19126-1536 |
| 14400483 | | Credit Corp Solutions, Attn: Bankruptcy, 121 West S Election Rd, Draper, UT 84020 |
| 14385741 | + | David J. Apothaker, 520 Fellowship Rod, Suite C-306, Mount Laurel, NJ 08054-3410 |
| 14390098 | + | Lakeview Loan Servicing, LLC, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14400486 | + | Manufactures & Trade, One Fountain Pl/3rd Fl, Buffalo, NY 14203-1420 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 13 2024 03:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2024 03:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14385740 | + | Email/Text: bankruptcy@cavps.com | Nov 13 2024 03:49:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14395443 | + | Email/Text: bankruptcy@cavps.com | Nov 13 2024 03:49:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14400482 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2024 04:02:17 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14421677 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2024 04:02:10 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14400484 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 13 2024 04:02:30 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14421676 | | Email/Text: bnc-quantum@quantum3group.com | Nov 13 2024 03:49:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14426711 | ^ | MEBN | Nov 13 2024 03:47:05 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 14400485 | | Email/Text: camanagement@mtb.com | Nov 13 2024 03:49:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14389048 | + | Email/Text: camanagement@mtb.com | Nov 13 2024 03:49:00 | M&T Bank, P.O. Box 1508, Buffalo, NY 14240-1508 |
| 14400487 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 13 2024 03:49:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |

Case 19-15603-amc   Doc 50   Filed 11/14/24   Entered 11/15/24 00:44:02   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 12, 2024 | Form ID: 138OBJ | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14416701 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2024 03:49:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14400488 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2024 03:49:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14390224 | + | Email/PDF: cbp@omf.com | Nov 13 2024 04:02:07 | ONEMAIN, P.O. Box 3251, Evansville, In. 47731-3251 |
| 14400489 | + | Email/PDF: cbp@omf.com | Nov 13 2024 03:50:18 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14413261 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2024 04:02:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14400490 | + | Email/Text: bankruptcy1@pffcu.org | Nov 13 2024 03:49:00 | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14385742 | + | Email/Text: bankruptcy1@pffcu.org | Nov 13 2024 03:49:00 | Police and Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14415022 | + | Email/Text: bankruptcy1@pffcu.org | Nov 13 2024 03:49:00 | Police and Fire Federal Credit Union, Greenwood 1, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14392246 | | Email/Text: bnc-quantum@quantum3group.com | Nov 13 2024 03:49:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14386721 | ^ | MEBN | Nov 13 2024 03:47:14 | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14386071 | ^ | MEBN | Nov 13 2024 03:47:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14427094 | + | Email/Text: bncmail@w-legal.com | Nov 13 2024 03:49:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14400491 | + | Email/Text: bncmail@w-legal.com | Nov 13 2024 03:49:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 14400492 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 13 2024 03:49:00 | Verizon Wireless, PO Box 4846, Trenton, NJ 08650-4846 |
| 14400493 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 13 2024 04:02:27 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14415728 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 13 2024 03:50:42 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14400481 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14897548 | * | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 14420591 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 12, 2024 | Form ID: 138OBJ | Total Noticed: 33 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2024  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANNE M. AARONSON | on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com |
| BRAD J. SADEK | on behalf of Debtor Geraldine Perry brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 138OBJ* (6/24)−doc 49 − 43

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>　Geraldine Perry<br><br>　Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19−15603−amc<br><br>Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

　To all creditors and parties in interest, NOTICE IS GIVEN THAT:

　The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

　Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

　All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

　In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 12, 2024　　　　　　　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy B. McGrath
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court